1050

No. 76–5693.   Morita v. Southern California Permanente Medical Group.   C. A. 9th Cir.   Certiorari denied.

No. 76–5698.   Lawrence v. North Carolina.   Sup. Ct. N. C.   Certiorari denied.

No. 76–5703.   Jones v. Tennessee.   Ct. Crim. App. Tenn. Certiorari denied.

No. 76–5706.   Staggers v. United States.   C. A. 4th Cir. Certiorari denied.

No. 76–5707.   Williams v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida.   C. A. 5th Cir.   Certiorari denied.

No. 76–5723.   Drake v. United States.   C. A. 8th Cir. Certiorari denied.

No. 76–5728.   Pinckney v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 76–5737.   Powell v. United States.   C. A. 4th Cir. Certiorari denied.

No. 76–5738.   Martin v. United States.   C. A. 6th Cir. Certiorari denied.

No. 76–5742.   Coil v. United States.   C. A. 7th Cir. Certiorari denied.

No. 76–5746.   Ratcliffe v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 76–5747.   Hermosillo-Nanez v. United States. C. A. 9th Cir.   Certiorari denied.